UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA TERYAEVA-REED,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>Defendants. | Case No. 25-cv-09887-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a *pro se* action. At the time Plaintiff submitted the complaint, she was housed at Otay Mesa Dentation Center in San Diego, California. ECF No. 1-1. On November 17, 2025, ICE removed Plaintiff from the United States via charter air flight. *Teryaeva-Reed v. Larose*, C No. 25-cv-02219-AGS-JLB, ECF No. 22. Plaintiff has not provided the Court with an updated address of record, and her address of record remains the Otay Detention Center.

On December 8, 2025, the Court screened the complaint, dismissed the complaint for failure to state a claim, and granted Plaintiff leave to file an amended complaint. ECF No. 10. The Court ordered Plaintiff to file an amended complaint by January 5, 2025, or face dismissal of this action. *Id.* The Court served this Order on Plaintiff at her address of record. This Order was returned to the Court as undeliverable on December 26, 2025, with the notation that the detention center was unable to forward the order because Plaintiff's address was unknown. ECF No. 13.

The deadline to file the amended complaint has passed, and Plaintiff has not filed an amended complaint. Accordingly, the Court DISMISSES this action for failure to state a claim. The dismissal is without prejudice to filing a motion to reopen, accompanied by a proposed amended complaint that addresses the deficiencies identified in the Court's December 8, 2025 Order, and explaining why Plaintiff failed to timely file an amended complaint and failed to

provide the Court with a current mailing address.

Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 5, 2026



JON S. TIGAR
United States District Judge